UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUDHEER MOTURI,<br><br>        Petitioner,<br><br>    v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>        Respondent. | Case No. C21-0993-RSL-SKV<br><br>REPORT AND RECOMMENDATION |

Petitioner is currently in custody at the Northwest Detention Center and submitted a proposed 28 U.S.C. § 2241 petition for filing. Dkt. 1. Petitioner failed to pay the filing fee or apply to proceed *in forma pauperis* (IFP). In a letter dated July 27, 2021, the Court directed Petitioner to either pay the filing fee or to submit an IFP application. Dkt. 3. The letter noted that if Petitioner did not respond by correcting the filing deficiency by August 26, 2021, this action may be subject to dismissal.

To date, the Court has not received the filing fee, an IFP application, or any response to its letter. Accordingly, the Court recommends this action be DISMISSED. Dismissal should be without prejudice to Petitioner filing a new petition, accompanied by either the filing fee or an application to proceed IFP. A proposed Order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 24, 2021**.

Dated this 1st day of September, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2